THE FRANCKLYN LAND AND CATTLE COMPANY, Appellant,
v. AUGUST KOUNTZE et al., Respondents.

(Argued June 21, 1887; decided July 1, 1887.)

*Nelson S. Spencer* for appellant.

*George W. Van Slyck* for respondents.

Agree to affirm ; no opinion.
All concur.
Order affirmed.

---

CORNELIUS W. H. ELTING, Respondent, v. CHARLES W.
DAYTON, Appellant.

(Argued June 21, 1887; decided July 1, 1887.)

*Joseph F. Stier* for appellant.

*John J. Linson* for respondent.

Agree to dismiss appeal ; no opinion.
All concur.
Appeal dismissed.

---

HENRY O. ELY, Respondent, v. WILLIAM E. TAYLOR,
Appellant.

(Argued June 21, 1887; decided July 1, 1887.)

*Jerry McGuire* for appellant.

*Edmund O'Connor* for respondent.

Agree to dismiss appeal ; no opinion.
All concur.
Appeal dismissed.